UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

JAMES RICHARD,

                        Petitioner,

      Vs                                    9:08-CV-145

DAVID ROCK, Superintendent,

                        Respondent.

-------------------------------------

APPEARANCES:                                OF COUNSEL:

JAMES RICHARD
Petitioner, Pro Se
02-A-5540
Great meadow Correctional Facility
Box 51
Comstock, NY 12821

HON. ANDREW M. CUOMO             JODI A. DANZIG, ESQ.
Attorney General of the                Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
120 Broadway
New York, NY 10271

DAVID N. HURD
United States District Judge

## O R D E R

      Petitioner, James Richard, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Report-Recommendation dated January 6, 2009, the Honorable Victor E. Bianchini, United States Magistrate Judge, recommended that the petition in this matter be denied and dismissed; and further, that petitioner's motion requesting a stay be denied. The Magistrate Judge also recommend3d that a certificate of appealability not issue.

No objections to the Report-Recommendation have been filed; however, the respondent has urged that the report recommendation be adopted.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Bianchini, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The petition is DENIED;

2. The petition is DISMISSED in all respects;

3. The petitioner's motion requesting a stay is DENIED; and

4. A Certificate of Appealability will not be issued.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   February 10, 2009
         Utica, New York.